# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -1 AM 10: 06
CLERK US DISTRICT COURT

BY: _____ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: 08 MJ 0970

The person charged as MEDINA-Zepeda, Jose Alberto now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of Arizona on 8/30/07 with Title 18 USC 3583 (e)(3), in violation of:

Violation of Supervised Release

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: 4/1/08

Mike Banez
CI -Deputy United States Marshal

Reviewed and Approved

DATE: 04-01-08

_____
Assistant United States Attorney

AO 442 (Rev.5/85-AZ) Warrant for Arrest

1306264

# United States District Court
## District of Arizona

United States of America

vs.

Jose Alberto Medina-Zepeda

WARRANT FOR ARREST

CASE NUMBER: CR 99-807-14 PHX SMM

To: The United States Marshal and any Authorized United States Officer or authorized representative

**YOU ARE HEREBY COMMANDED TO ARREST** Jose Alberto Medina-Zepeda

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☒ Supervised Release Violation Petition

Richard H. Weare
Name of Issuing Officer

By _____
Deputy Clerk Traci C. Abraham

Clerk of Court/DCE
Title of Issuing Officer

3/30/2007 at Phoenix, Arizona
Date and Location

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |

| Date Received 3-30-07 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

# UNITED STATES DISTRICT COURT
## for
## DISTRICT OF ARIZONA

United States v. Medina-Zepeda, Jose Alberto

FILED
RECEIVED ____ LODGED
____ COPY
MAR 3 0 2007
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Docket No. 99CR00807-014-PHX-SMM

### Petition to Revoke Supervised Release — SEALED

**COMES NOW PROBATION OFFICER** Melissa A. Sullivan presenting an official report on Jose Alberto Medina-Zepeda who was committed to the Bureau of Prisons on November 21, 2000, by the Honorable Stephen M. McNamee presiding in the District Court of Arizona. A 60 month period of supervised release was imposed, and supervision commenced upon the offender's discharge from imprisonment on January 17, 2003. In addition to the general terms and conditions adopted by the Court, the offender was ordered to comply with the following special conditions:

1. If deported, you shall not re-enter the United States without legal authorization.

2. You are prohibited from owning, maintaining, or using a firearm.

Jose Alberto Medina-Zepeda was convicted of Possession with Intent to Distribute 500 Grams of Heroin, a violation of 21 U.S.C. §841(a)(1)&(b)(1)(B), a Class B felony.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Allegation A. Violation of Special Condition No. 1: If deported, you shall not re-enter the United States without legal authorization.**

On or about September 9, 2004, Medina-Zepeda entered the United States without legal authorization. This is evidenced by his September 9, 2004, arrest by Los Angeles Police. This arrest was subsequent to his January 18, 2003, deportation. **Grade C Violation, §7B1.1(a)(3).**

**Allegation B. Violation of Special Condition No. 1: If deported, you shall not re-enter the United States without legal authorization.**

On or about October 27, 2005, Medina-Zepeda entered the United States without legal authorization. This is evidenced by his October 27, 2005, arrest by Los Angeles Police. This arrest was subsequent to his January 18, 2004, deportation. **Grade C Violation, §7B1.1(a)(3).**

U.S.A. v. Medina-Zepeda, Jesus Alberto
Docket No. 99CR00807-014-PHX-SMM
March 21, 2007

# AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a warrant.

_Melissa A. Sullivan_ (signature)     3-21-07
Melissa A. Sullivan                   Date
U.S. Probation Officer

Reviewed by

_Fred Chilese_ (signature)            3/21/07
Fred Chilese                          Date
Supervisory U.S. Probation Officer

Reviewed by

_Nancy A. Crow_ (signature)           3/26/07
~~Michael T. Shelby~~                 Date
Assistant U.S. Attorney

## ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this __28__ day of __March__, 20__07__ and ordered filed and made a part of the records in the above case.

_Stephen M. McNamee_ (signature)
The Honorable Stephen M. McNamee
U.S. District Judge

Defense Counsel:

Charles McNulty
3003 North Central Avenue
Suite 103-316
Phoenix, Arizona 85012

I hereby attest and certify on __3-30-07__ that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _____ Deputy

**U.S. Department of Justice**
United States Marshals Service

# DRAFT



## REPORT OF INVESTIGATION

Page 1 of 1

| 1. FID/CASE: 1306264 / 0708-0402-3544-02 | 2. DATE OF REPORT: 04/01/2008 | 3. REPORTED BY: FERRAN, KEVIN |
| --- | --- | --- |
| 4. SUBJECT NAME: MEDINA-ZEPEDA, JOSE ALBERTO | | AT: B98 |

5. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION
[ ] COLLATERAL LEAD
[ ] WITNESS INTERVIEW
[x] OTHER: PREVIEW (USM11 0)

[ ] ARREST
[ ] INTELLIGENCE UPDATE
[ ] MEMORANDUM TO FILE

On March 28, 2008 at approx. 10:00am, DUSM's K. Ferran and M. Banez received a phone call to pick up MEDINA-ZEPEDA, Jose (44665-008) at the San Diego Port of Entry. MEDINA-ZEPEDA has a warrant out of the U.S. Marshal's Phoenix, AZ office.

MEDINA-ZEPEDA was I.D. at the Port of Entry by U.S. Customs by the use of the live finger print scan. The finger print matched a person wanted out of the U.S. Marshal's Phoenix, AZ office.

DUSM K. Ferran and M. Banez I.D. MEDINA-ZEPEDA by photo's, date of birth and name. MEDINA-ZEPEDA admitted he new he had a warrant out of the U.S. Marshal's office in Phoenix, AZ.

On April 1, 2008 at approx. 8:45am, K. Ferran and M. Banez spoke to MEDINA-ZEPEDA probation officer Melissa Sullivan about the warrant. Melissa Sullivan confirmed that MEDINA-ZEPEDA still has an outstanding warrant for the Phoenix, AZ office. Melissa Sullivan gave a physical I.D. of a scare on MEDINA-ZEPEDA left eyebrow and an FBI #428477LB9. Melissa Sullivan emailed an abstract to DUSM M. Banez.

| 6. SIGNATURE (Name and Title)<br><br>KEVIN FERRAN<br>Deputy USM | 7. DATE<br>04/01/2008 12:32 PM EDT | 10. DISTRIBUTION<br>___DISTRICT<br>___HEADQUARTERS<br>___OTHER_____ |
| --- | --- | --- |
| 8. APPROVED (Name and Title) | 9. DATE | |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE NEITHER IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

04/01/2008 12:32 PM EDT

| U.S. Department of Justice<br>United States Marshals Service | DRAFT |  |
|---|---|---|

### REPORT OF INVESTIGATION

Page 1 of 1

| 1. FID/CASE: 1306264 / 0708-0402-3544-02 | 2. DATE OF REPORT: 04/01/2008 | 3. REPORTED BY: FERRAN, KEVIN |
|---|---|---|
| 4. SUBJECT NAME: MEDINA-ZEPEDA, JOSE ALBERTO | | AT: B98 |

5. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION   [ ] ARREST
[ ] COLLATERAL LEAD                      [ ] INTELLIGENCE UPDATE
[ ] WITNESS INTERVIEW                    [ ] MEMORANDUM TO FILE
[x] OTHER: PREVIEW (USM11 0)

On March 28, 2008 at approx. 10:00am, DUSM's K. Ferran and M. Banez received a phone call to pick up MEDINA-ZEPEDA, Jose (44665-008) at the San Diego Port of Entry. MEDINA-ZEPEDA has a warrant out of the U.S. Marshal's Phoenix, AZ office.

MEDINA-ZEPEDA was I.D. at the Port of Entry by U.S. Customs by the use of the live finger print scan. The finger print matched a person wanted out of the U.S. Marshal's Phoenix, AZ office.

DUSM K. Ferran and M. Banez I.D. MEDINA-ZEPEDA by photo's, date of birth and name. MEDINA-ZEPEDA admitted he new he had a warrant out of the U.S. Marshal's office in Phoenix, AZ.

On April 1, 2008 at approx. 8:45am, K. Ferran and M. Banez spoke to MEDINA-ZEPEDA probation officer Melissa Sullivan about the warrant. Melissa Sullivan confirmed that MEDINA-ZEPEDA still has an outstanding warrant for the Phoenix, AZ office. Melissa Sullivan gave a physical I.D. of a scare on MEDINA-ZEPEDA left eyebrow and an FBI #428477LB9. Melissa Sullivan emailed an abstract to DUSM M. Banez.

| 6. SIGNATURE (*Name and Title*)<br><br>KEVIN FERRAN<br>Deputy USM | 7. DATE<br>04/01/2008 12:32 PM EDT | 10. DISTRIBUTION<br>__DISTRICT<br>__HEADQUARTERS<br>__OTHER_____ |
|---|---|---|
| 8. APPROVED (*Name and Title*) | 9. DATE | |

**UNITED STATES MARSHALS SERVICE**
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE NEITHER
IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*