1 **SARA M. PELOQUIN**
California State Bar No. 254945
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Sara_Peloquin@fd.org

5 Attorneys for Mr. Medina-Zepeda

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,   )   Case No. 08MJ0970
                                 )
12 |         Plaintiff,           )
                                 )
13 | v.                           )
                                 )   **NOTICE OF APPEARANCE**
14 | **JOSE ALBERTO MEDINA-ZEPEDA** )
                                 )
15 |         Defendant.           )
                                 )

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                    Respectfully submitted,

Dated: April 2, 2008                /s/ *Sara Peloquin*
                                    **SARA M. PELOQUIN**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Medina-Zepeda

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  April 2, 2008                                              /s/  Sara Peloquin
                                                                                  **SARA M. PELOQUIN**
                                                                                  Federal Defenders of San Diego, Inc.
                                                                                  225 Broadway, Suite 900
                                                                                  San Diego, CA  92101-5030
                                                                                  (619) 234-8467  (tel)
                                                                                  (619) 687-2666  (fax)
                                                                                  Sara_Peloquin@fd.org