## MINUTES OF THE UNITED STATES DISTRICT COURT

USA v. __MEDINA-ZEPEDA__   [1]   __08MJ0970-AJB__

The Honorable:   __ANTHONY J. BATTAGLIA__

Atty  __SARA MARIE PELOQUIN, FD (N/A)__   for  [1]  -  PDA

Atty  __NORMA AGUILAR, FD (S/A)__   for  [1]  -

Atty  _____   for  []   -

AJB08-1: 1457-1500

AUSA: CARLOS CANTU
NORMA AGUILAR, FD (S/A) (#01)

REMOVAL/IDENTITY HEARING NOT HELD.

DFT WAIVES REMOVAL/IDENTITY HEARING. WAIVER OF REMOVAL FILED.

COURT ORDERS THAT THE DEFENDANT BE REMOVED TO THE DISTRICT OF ARIZONA - FORTHWITH.

WARRANT OF REMOVAL SUBMITTED BY THE GOVERNMENT.

BOND HEARING NOT HELD. DFT WAIVES BAIL HEARING, WITHOUT PREJUDICE, PENDING FURTHER HEARING IN DISTRICT OF ARIZONA. COURT TO PREPARE ORDER.

Date: 04/15/08

END OF FORM

by YMM