# UNITED STATES DISTRICT COURT
## Southern District Of California
### Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

PLEASE RECEIPT AND RETURN

FILED ___ LODGED
RECEIVED ___ COPY

MAY - 2 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

FILED
MAY 0 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  CP  DEPUTY

April 29, 2008

Clerk, U.S. District Court
Arizona District Court
401 West Washington Street
Phoenix, AZ 85003-2146

Re:   08mj970 AJB, USA v. Medina-Zepeda

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | X | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| X | Other   Minute Entry | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: __C. PUTTMANN__
, Deputy Clerk